IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lumbermens Mutual Casualty Company, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 05-11595-GAO |
| ) | |
| Roman Catholic Archbishop of Boston, a ) | |
| corporation sole; Boston School for the Deaf; ) | |
| Congregation of Sisters of Saint Joseph; ) | |
| Sister Mary McAvoy a/k/a Sister Kevin Alice; ) | |
| Gary Gedney; Father Charles J. Murphy; ) | **FILED UNDER SEAL** |
| Sister M. Berchmans a/k/a Sister Mildred Malone; ) | |
| Sister Helen Thomas a/k/a Sister Ethelwyn; ) | |
| Sister M. Joanita O'Connor; Sister Elizabeth ) | |
| Benersani a/k/a Sister M. Gregory; Sister Mary ) | |
| Carl Boland; Sister Mary Kieran McCormack ) | |
| a/k/a Sister Rita McCormack; Sister Alice Kirby ) | |
| a/k/a Sister Mary Laurand; Sister Helen Callahan ) | |
| a/k/a Sister Leo Francis; Sister Miriam Theresa ) | |
| Ringer; Sister Eymard McGrane; Sister ) | |
| Margaret Joyce a/k/a Sister Winifred Marie; ) | |
| Sister Margaret Flaherty; Sister John Elizabeth ) | |
| Murphy; Sister Bernadette Kenney a/k/a Sister ) | |
| James Ellen; Fred McCormack; John Carroll; ) | |
| Most Reverend Thomas V. Daily; Violet Guertin; ) | |
| James Guertin; Paul Larocque; Paul Leveille; ) | |
| Tamara Marcinuk; Glenn Peters; William Ross; ) | |
| Patricia Arsenault; James Sullivan; Gary Catania; ) | |
| Richard Drysdale; Gail Morrison; Valerie ) | |
| Morrison; George Rogers; Lourdes Tollette; ) | |
| Penny Braddock; Nicholas Giancioppa; Jeffrey ) | |
| King; Richard Emma; and Anthony Christley, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO IMPOUND

The Plaintiff, Lumberman's Mutual Casualty Company, hereby moves that this Honorable Court grant its Motion to Impound the Complaint until further order of the Court. As grounds for its Motion, the Plaintiff states that this is an action for declaratory

judgment seeking a declaration of the parties' rights and obligations under certain contracts of insurance. The declarations in the underlying Complaint involve explicit allegations of physical and sexual abuse and generally contain sensitive material regarding the alleged abuse that should not be made public.

        Respectfully Submitted
        For the Plaintiff
        By its Attorneys,

        WYNN & WYNN, P.C.

        /s/ Paul F. Wynn
        Paul F. Wynn, Esq.   BBO#535820
        90 New State Highway
        Raynham, MA 02767
        (508) 823-4567