IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lumbermens Mutual Casualty Company,<br>Plaintiff<br><br>vs.<br><br>Roman Catholic Archbishop of Boston, a corporation sole; Boston School for the Deaf; Congregation of Sisters of Saint Joseph; Sister Mary McAvoy a/k/a Sister Kevin Alice; Gary Gedney; Father Charles J. Murphy; Sister M. Berchmans a/k/a Sister Mildred Malone; Sister Helen Thomas a/k/a Sister Ethelwyn; Sister M. Joanita O'Connor; Sister Elizabeth Benersani a/k/a Sister M. Gregory; Sister Mary Carl Boland; Sister Mary Kieran McCormack a/k/a Sister Rita McCormack; Sister Alice Kirby a/k/a Sister Mary Laurand; Sister Helen Callahan a/k/a Sister Leo Francis; Sister Miriam Theresa Ringer; Sister Eymard McGrane; Sister Margaret Joyce a/k/a Sister Winifred Marie; Sister Margaret Flaherty; Sister John Elizabeth Murphy; Sister Bernadette Kenney a/k/a Sister James Ellen; Fred McCormack; John Carroll; Most Reverend Thomas V. Daily; Violet Guertin; James Guertin; Paul Larocque; Paul Leveille; Tamara Marcinuk; Glenn Peters; William Ross; Patricia Arsenault; James Sullivan; Gary Catania; Richard Drysdale; Gail Morrison; Valerie Morrison; George Rogers; Lourdes Tollette; Penny Braddock; Nicholas Giancioppa; Jeffrey King; Richard Emma; and Anthony Christley,<br>Defendants | No. **05-11595-GAO**<br><br>**FILED UNDER SEAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes the plaintiff, Lumbermens Mutual Casualty Company, pursuant to Federal Rules of Civil Procedure 41(a)(i) and hereby dismisses this action as to the following defendants only: Father Charles J. Murphy; Most Reverend Thomas V. Daily; Gary Gedney; and Roman

Catholic Archbishop of Boston, a corporation sole.

Respectfully submitted,

*[signature: Paul F. Wynn]*

Paul F. Wynn   BBO# 535820
Attorney for Plaintiff,
Lumbermens Mutual Casualty Company
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA  02767
(508) 823-4567

Dated: September 8, 2005