IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lumbermens Mutual Casualty Company,<br>　　　　Plaintiff<br><br>　　vs.<br><br>Roman Catholic Archbishop of Boston, a<br>corporation sole; Boston School for the Deaf;<br>Congregation of Sisters of Saint Joseph;<br>Sister Mary McAvoy a/k/a Sister Kevin Alice;<br>Gary Gedney; Father Charles J. Murphy;<br>Sister M. Berchmans a/k/a Sister Mildred Malone;<br>Sister Helen Thomas a/k/a Sister Ethelwyn;<br>Sister M. Joanita O'Connor; Sister Elizabeth<br>Benersani a/k/a Sister M. Gregory; Sister Mary<br>Carl Boland; Sister Mary Kieran McCormack<br>a/k/a Sister Rita McCormack; Sister Alice Kirby<br>a/k/a Sister Mary Laurand; Sister Helen Callahan<br>a/k/a Sister Leo Francis; Sister Miriam Theresa<br>Ringer; Sister Eymard McGrane; Sister<br>Margaret Joyce a/k/a Sister Winifred Marie;<br>Sister Margaret Flaherty; Sister John Elizabeth<br>Murphy; Sister Bernadette Kenney a/k/a Sister<br>James Ellen; Fred McCormack; John Carroll;<br>Most Reverend Thomas V. Daily; Violet Guertin;<br>James Guertin; Paul Larocque; Paul Leveille;<br>Tamara Marcinuk; Glenn Peters; William Ross;<br>Patricia Arsenault; James Sullivan; Gary Catania;<br>Richard Drysdale; Gail Morrison; Valerie<br>Morrison; George Rogers; Lourdes Tollette;<br>Penny Braddock; Nicholas Giancioppa; Jeffrey<br>King; Richard Emma; and Anthony Christley,<br>　　　　Defendants | No. **05-11595-GAO**<br><br><br>**FILED UNDER SEAL** |

## MOTION FOR APPOINTMENT PRO HAC VICE

Now comes Paul F. Wynn of Wynn & Wynn, P.C., pursuant to Local Rule 83.5.3 of the

United States District Court for the District of Massachusetts, and respectfully applies to this

Honorable Court for permission for Edward F. Ruberry, Robert W. Brunner, and Cynthia Arro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lumbermens Mutual Casualty Company, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Roman Catholic Archbishop of Boston, a ) <br> corporation sole; Boston School for the Deaf; ) <br> Congregation of Sisters of Saint Joseph; ) <br> Sister Mary McAvoy a/k/a Sister Kevin Alice; ) <br> Gary Gedney; Father Charles J. Murphy; ) <br> Sister M. Berchmans a/k/a Sister Mildred Malone; ) <br> Sister Helen Thomas a/k/a Sister Ethelwyn; ) <br> Sister M. Joanita O'Connor; Sister Elizabeth ) <br> Benersani a/k/a Sister M. Gregory; Sister Mary ) <br> Carl Boland; Sister Mary Kieran McCormack ) <br> a/k/a Sister Rita McCormack; Sister Alice Kirby ) <br> a/k/a Sister Mary Laurand; Sister Helen Callahan ) <br> a/k/a Sister Leo Francis; Sister Miriam Theresa ) <br> Ringer; Sister Eymard McGrane; Sister ) <br> Margaret Joyce a/k/a Sister Winifred Marie; ) <br> Sister Margaret Flaherty; Sister John Elizabeth ) <br> Murphy; Sister Bernadette Kenney a/k/a Sister ) <br> James Ellen; Fred McCormack; John Carroll; ) <br> Most Reverend Thomas V. Daily; Violet Guertin; ) <br> James Guertin; Paul Larocque; Paul Leveille; ) <br> Tamara Marcinuk; Glenn Peters; William Ross; ) <br> Patricia Arsenault; James Sullivan; Gary Catania; ) <br> Richard Drysdale; Gail Morrison; Valerie ) <br> Morrison; George Rogers; Lourdes Tollette; ) <br> Penny Braddock; Nicholas Giancioppa; Jeffrey ) <br> King; Richard Emma; and Anthony Christley, ) <br> ) <br> Defendants. ) | No. 05-11595-GAO <br><br> **FILED UNDER SEAL** |

### AFFIDAVIT OF EDWARD F. RUBERRY

I, Edward F. Ruberry, being first duly sworn on oath, depose and say the followi

1.  I am an attorney licensed to practice law in the State of Illinois since 1973, am a member of the law firm of Bollinger, Ruberry & Garvey, located at 500 West Madis Suite 2300, Chicago, Illinois, 60661-2511.

2. I am a member in good standing of the highest Court of the State of Illinois, and have never been suspended, disbarred, reprimanded, sanctioned or otherwise disciplined by any registration or disciplinary agency of any of the jurisdictions.

3. I am petitioning this Honorable Court to allow my participation *pro hac vice* on behalf of Plaintiff Lumbermens Mutual Casualty Company in the above-captioned matter based on the law firm of Bollinger, Ruberry & Garvey's longstanding relationship with Plaintiff as national coverage counsel and my current involvement in this matter.

4. I am familiar with the laws, facts, and procedures relating to the subject matter of this litigation and agrees to comply with all laws, rules and regulations of Massachusetts state and local governments, where applicable, including taxing authorities and any standards for pro bono civil and criminal indigent defense legal services, and the Rules of Professional Conduct set forth in the Massachusetts Rules of Professional Conduct, and become subject to discipline of the Courts of this State.

WHEREFORE, I respectfully request permission to appear as counsel of record for Plaintiff Lumbermens Mutual Casualty Company, and to participate *pro hac vice* in this matter in the United States District Court for the District of Massachusetts.

Further affiant sayeth naught.

_____
Edward F. Ruberry

Sworn to and subscribed before me in my presence this Seventh day of September, 2005.

_____
Notary Public

"OFFICIAL SEAL"
MONICA A NELSON
COMMISSION EXPIRES 10/21/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lumbermens Mutual Casualty Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   05-11595-GAO |
| | ) | |
| Roman Catholic Archbishop of Boston, a | ) | |
| corporation sole; Boston School for the Deaf; | ) | |
| Congregation of Sisters of Saint Joseph; | ) | |
| Sister Mary McAvoy a/k/a Sister Kevin Alice; | ) | |
| Gary Gedney; Father Charles J. Murphy; | ) | **FILED UNDER SEAL** |
| Sister M. Berchmans a/k/a Sister Mildred Malone; | ) | |
| Sister Helen Thomas a/k/a Sister Ethelwyn; | ) | |
| Sister M. Joanita O'Connor; Sister Elizabeth | ) | |
| Benersani a/k/a Sister M. Gregory; Sister Mary | ) | |
| Carl Boland; Sister Mary Kieran McCormack | ) | |
| a/k/a Sister Rita McCormack; Sister Alice Kirby | ) | |
| a/k/a Sister Mary Laurand; Sister Helen Callahan | ) | |
| a/k/a Sister Leo Francis; Sister Miriam Theresa | ) | |
| Ringer; Sister Eymard McGrane; Sister | ) | |
| Margaret Joyce a/k/a Sister Winifred Marie; | ) | |
| Sister Margaret Flaherty; Sister John Elizabeth | ) | |
| Murphy; Sister Bernadette Kenney a/k/a Sister | ) | |
| James Ellen; Fred McCormack; John Carroll; | ) | |
| Most Reverend Thomas V. Daily; Violet Guertin; | ) | |
| James Guertin; Paul Larocque; Paul Leveille; | ) | |
| Tamara Marcinuk; Glenn Peters; William Ross; | ) | |
| Patricia Arsenault; James Sullivan; Gary Catania; | ) | |
| Richard Drysdale; Gail Morrison; Valerie | ) | |
| Morrison; George Rogers; Lourdes Tollette; | ) | |
| Penny Braddock; Nicholas Giancioppa; Jeffrey | ) | |
| King; Richard Emma; and Anthony Christley, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF ROBERT W. BRUNNER**

I, Robert W. Brunner, being first duly sworn on oath, depose and say the followi

1. I am an attorney licensed to practice law in the State of Illinois since 1991, am a member of the law firm of Bollinger, Ruberry & Garvey, located at 500 West Madis Suite 2300, Chicago, Illinois, 60661-2511.

2. I am a member in good standing of the highest Court of the State of Illinois, and have never been suspended, disbarred, reprimanded, sanctioned or otherwise disciplined by any registration or disciplinary agency of any of the jurisdictions.

3. I am petitioning this Honorable Court to allow my participation *pro hac vice* on behalf of Plaintiff Lumbermens Mutual Casualty Company in the above-captioned matter based on the law firm of Bollinger, Ruberry & Garvey's longstanding relationship with Plaintiff as national coverage counsel and my current involvement in this matter.

4. I am familiar with the laws, facts, and procedures relating to the subject matter of this litigation and agrees to comply with all laws, rules and regulations of Massachusetts state and local governments, where applicable, including taxing authorities and any standards for pro bono civil and criminal indigent defense legal services, and the Rules of Professional Conduct set forth in the Massachusetts Rules of Professional Conduct, and become subject to the discipline of the Courts of this State.

WHEREFORE, I respectfully request permission to appear as counsel of record for Plaintiff Lumbermens Mutual Casualty Company, and to participate *pro hac vice* in this matter in the United States District Court for the District of Massachusetts.

Further affiant sayeth naught.

_____
Robert W. Brunner

Sworn to and subscribed before me in my presence this Seventh day of September, 2005.

_____
Notary Public

"OFFICIAL SEAL"
MONICA A NELSON
COMMISSION EXPIRES 10/21/08

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lumbermens Mutual Casualty Company, )<br>)<br>Plaintiff, )<br>v.  )<br>)<br>Roman Catholic Archbishop of Boston, a )<br>corporation sole; Boston School for the Deaf; )<br>Congregation of Sisters of Saint Joseph; )<br>Sister Mary McAvoy a/k/a Sister Kevin Alice; )<br>Gary Gedney; Father Charles J. Murphy; )<br>Sister M. Berchmans a/k/a Sister Mildred Malone; )<br>Sister Helen Thomas a/k/a Sister Ethelwyn; )<br>Sister M. Joanita O'Connor; Sister Elizabeth )<br>Benersani a/k/a Sister M. Gregory; Sister Mary )<br>Carl Boland; Sister Mary Kieran McCormack )<br>a/k/a Sister Rita McCormack; Sister Alice Kirby )<br>a/k/a Sister Mary Laurand; Sister Helen Callahan )<br>a/k/a Sister Leo Francis; Sister Miriam Theresa )<br>Ringer; Sister Eymard McGrane; Sister )<br>Margaret Joyce a/k/a Sister Winifred Marie; )<br>Sister Margaret Flaherty; Sister John Elizabeth )<br>Murphy; Sister Bernadette Kenney a/k/a Sister )<br>James Ellen; Fred McCormack; John Carroll; )<br>Most Reverend Thomas V. Daily; Violet Guertin; )<br>James Guertin; Paul Larocque; Paul Leveille; )<br>Tamara Marcinuk; Glenn Peters; William Ross; )<br>Patricia Arsenault; James Sullivan; Gary Catania; )<br>Richard Drysdale; Gail Morrison; Valerie )<br>Morrison; George Rogers; Lourdes Tollette; )<br>Penny Braddock; Nicholas Giancioppa; Jeffrey )<br>King; Richard Emma; and Anthony Christley, )<br>)<br>Defendants. ) | No. 05-11595-GAO<br><br>**FILED UNDER SEAL** |

### AFFIDAVIT OF CYNTHIA ARROTTI CARTER

I, Cynthia Arrotti Carter, being first duly sworn on oath, depose and say the follow

1. I am an attorney licensed to practice law in the State of Illinois since 2003, am a member of the law firm of Bollinger, Ruberry & Garvey, located at 500 West Madis Suite 2300, Chicago, Illinois, 60661-2511.

2. I am a member in good standing of the highest Court of the State of Illinois, and have never been suspended, disbarred, reprimanded, sanctioned or otherwise disciplined by any registration or disciplinary agency of any of the jurisdictions.

3. I am petitioning this Honorable Court to allow my participation *pro hac vice* on behalf of Plaintiff Lumbermens Mutual Casualty Company in the above-captioned matter based on the law firm of Bollinger, Ruberry & Garvey's longstanding relationship with Plaintiff as national coverage counsel and my current involvement in this matter.

4. I am familiar with the laws, facts, and procedures relating to the subject matter of this litigation and agrees to comply with all laws, rules and regulations of Massachusetts state and local governments, where applicable, including taxing authorities and any standards for pro bono civil and criminal indigent defense legal services, and the Rules of Professional Conduct set forth in the Massachusetts Rules of Professional Conduct, and become subject to the discipline of the Courts of this State.

WHEREFORE, I respectfully request permission to appear as counsel of record for Plaintiff Lumbermens Mutual Casualty Company, and to participate *pro hac vice* in this matter in the United States District Court for the District of Massachusetts.

Further affiant sayeth naught.

_____
Cynthia Arrotti Carter

Sworn to and subscribed before me in my presence this Seventh day of September, 2005.

_____
Notary Public

"OFFICIAL SEAL"
MONICA A NELSON
COMMISSION EXPIRES 10/21/08