

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FILED
[...]'S OFFICE

2005 OCT 18  P 12: 52

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Lumbermens Mutual Casualty Company )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Boston School for Deaf; )<br>Congregation of Sisters of Saint Joseph; )<br>Sister Mary McAvoy a/k/a Sister Kevin Alice; )<br>Sister M. Berchmans a/k/a Sister Mildred Malone; )<br>Sister Helen Thomas a/k/a Sister Ethelwyn; )<br>Sister M. Joanita O'Connor; Sister Elizabeth Benersani )<br>a/k/a Sister M. Gregory; Sister Mary Carl Boland; Sister )<br>Mary Kieran McCormack a/k/a Sister Rita McCormack; )<br>Sister Alice Kirby a/k/a Sister Mary Laurand; Sister Helen )<br>Callahan a/k/a Sister Leo Francis; Sister Miriam Theresa )<br>Ringer; Sister Eymard McGrane; Sister Margaret Joyce )<br>a/k/a Sister Winifred Marie; Sister Margaret Flaherty, )<br>Sister John Elizabeth Murphy; Sister Bernadette Kenney )<br>a/k/a Sister James Ellen; Fred McCormack; John Carroll; )<br>Violet Guertin; James Guertin; Paul Larocque; )<br>Paul Leveille; Tamara Marcinuk; Glenn Peters; )<br>William Ross; Patricia Arsenault; James Sullivan; )<br>Gary Catania; Richard Drysdale; Gail Morrison; )<br>Valerie Morrison, George Rogers; Lourdes Tollette; )<br>Penny Braddock; Nicholas Giancioppa; Jeffery King; )<br>Richard Emma; and Anthony Christley, ) | No. 05-11595-GAO<br><br>FILED UNDER SEAL |

### NOTICE OF FILING

TO:   See Attached Service List

PLEASE TAKE NOTICE that on the 18th day of October 2005, we will file with the United States District Court for the District of Massachusetts a Motion to Stay Proceedings, a copy of which is attached hereto and served upon all counsel on the attached service list..

Bollinger, Ruberry & Garvey
500 West Madison Street, Suite 2300
Chicago, Illinois 60661
(312) 466-8000

Robert W. Brunner (*Pro Hac Vice*)
Attorney for the Plaintiff

PROOF OF SERVICE BY MAIL

I, Dina Griffith, being first duly sworn on oath, depose and state that I mailed a copy of the foregoing Motion to Stay to each attorney of record in the foregoing case, this 17 day of October, 2005, at Citicorp Center, Suite 2300, 500 West Madison Street, Chicago, Illinois 60661.

Dina Griffith

Subscribed and Sworn to before me
this 17th day of October, 2005.

Notary Public

OFFICIAL SEAL
CAROL K CULLINANE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 05-05-07

## SERVICE LIST
Civil Action No. 05-11595-GAO

Joseph Doherty
**Joseph Doherty & Associates**
225 Franklin Street, 26th Floor
Boston, MA 02110

William Dailey
**Sloane and Walsh LLP**
Three Center Plaza
Boston, MA 02108

William Shaevel
**Shaevel Krems**
141 Tremont Street
Boston, MA 02111

Paul Galvanni
**Ropes & Gray**
One International Place
Boston, MA 02110-2624