UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LUMBERMENS MUTUAL CASUALTY COMPANY** <br> **Plaintiff** <br><br> V. <br><br> **ROMAN CATHOLIC ARCHBISHOP OF BOSTON, ET AL** <br> **Defendant** | **CIVIL ACTION** <br><br> **NO.  05-11595-GAO** |

## ORDER OF DISMISSAL

**O'TOOLE     D. J.**

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

| | |
|---|---|
| 5/1/06 <br> Date | PAUL LYNESS <br> Deputy Clerk |

(4mdismissal.wpd  - 12/98)                                                                                    [odism.]